IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEFFREY WILLIAMS,

    Plaintiff,

vs.                                             No. CIV 12-1069 JB/LFG

UNITED STATES OF AMERICA,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Stipulation of Dismissal, filed July 1, 2014 (Doc. 94). Pursuant to rule 41(a)(1)(A)(ii), all parties signed a stipulation of dismissal, which disposes of the action with prejudice and without a court order. See Fed. R. Civ. P. 41(a)(1)(A)(ii); Stipulation of Dismissal at 1. As per the agreement between the parties, the Court will retain jurisdiction to enforce the settlement agreement. See Stipulation of Dismissal at 1.

**IT IS ORDERED** that, having dismissed all claims and parties, the Court enters final judgment. The Court retains jurisdiction to enforce the settlement agreement.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE

*Counsel:*

Zackeree S. Kelin
Kelin Law Firm, P.C.
Albuquerque, New Mexico

      *Attorney for the Plaintiff*

Damon P. Martinez
  United States Attorney
Rumaldo R. Armijo
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Defendant*

Patrick T. Mason
Joshua M. Montagnini
Mason & Isaacson, P.A.
Gallup, New Mexico

    *Attorneys for Amicus Navajo Nation*